Request

59,058

In the Court of Criminal

Dear Clerk of the Court                    Appeals Austin, Texas

I maile A petition For Writ of Habeas Corpus by certified Mail Number 7008-2810-0001-0763-9770. The return card shows that the Court necieved the Petition on April 28-2015. In side was a self addressed envelope with 2 Front Page Copies of the 1st Page of the petition. I Have Not Recieved The Notice Card with my Writ Number showing it has been present under Writ Number To the Court For consideration.

1) Will you please Send me my Front Page Copies

2) Will you Send me the Notice Card with my writ Number Notifing me of the Status of my Writ.

Respectfully Submitted by
Petitioner  Samuel Roy Jackson
Tdc I.D# 1268721
Address 9055 spur 591 Amarillo, Texas 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 12 2015
Abel Acosta, Clerk